AO 455(Rev. 5/85) Waiver of Indictment

```
                                              FILED
                                              JUN - 3 2008
                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN DISTRICT OF CALIFORNIA
                                                                    DEPUTY
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| CARMEN GUADALUPE OLIVA-VILLALOBOS aka Sandra Gonzalez-Bolivar | CASE NUMBER: 08CR1785-JM |

I, <u>CARMEN GUADALUPE OLIVA-VILLALOBOS</u>, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/03/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer