1 **LEILA W. MORGAN**
California Bar No. 232874
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 Facsimile: (619) 687-2666
Leila_Morgan@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,       ) Case No.  08CR1785-JTM
                                    )
11 |       Plaintiff,                )
                                    ) **NOTICE OF APPEARANCE**
12 | v.                              )
                                    )
13 | CARMEN GUADALUPE OLIVA-VILLALOBOS,)
                                    )
14 |                                 )
       Defendant.                   )
15 _____

16

17    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila

18 W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

   above-captioned case.
19
                                     Respectfully submitted,
20

21
   Dated:  June 20, 2008              /s/  *Leila W. Morgan*
22                                   **LEILA W. MORGAN**
                                     Federal Defenders of San Diego, Inc.
23                                   Leila_Morgan@fd.org
                                     Attorneys for Defendant
24

25

26

27

28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California  
880 Front Street  
Room 6293  
San Diego, CA 92101  
(619)557-5610  
Fax: (619)557-5917  
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 20, 2008  */s/ Leila W. Morgan*  
**LEILA W. MORGAN**  
Federal Defenders of San Diego, Inc.  
Leila_Morgan@fd.org